1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7210
7     Fax: (415) 436-6960

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,          )   No.   3 05 70329 EDL
                                      )
13        Plaintiff,                  )   ORDER AND STIPULATION FOR
                                      )   CONTINUANCE FROM JULY 26, 2005
14    v.                              )   TO SEPTEMBER 7, 2005 AND
                                      )   EXCLUDING TIME FROM THE SPEEDY
15 SCOTT ANTHONY LAMONICO,            )   TRIAL ACT CALCULATION (18 U.S.C. §
                                      )   3161(h)(8)(A)) AND WAIVING TIME
16        Defendant.                  )   LIMITS UNDER RULE 5.1
   _____)

17

18        With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling an arraignment or preliminary hearing date of September 7, 2005 at

20 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the

21 preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time

22 under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 26, 2005, to September 7, 2005. The

23 parties agree, and the Court finds and holds, as follows:

24        1. The defendant has been released on a bond.

25        2. The United States is providing defense counsel with additional discovery which

26 defense counsel will require adequate time to review.

27        3. Defendant's counsel of record, Ronald Tyler, will be out of the office for two weeks

28 during August, 2005.

4. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

6. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

7. After a hearing on this matter on July 26, 2005, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 26, 2005 to September 7, 2005, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

7. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on September 7, 2005, at 9:30A.M., and (2) orders that the period from July 26, 2005 to September 7, 2005 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 8/3/05

RONALD TYLER
Assistant Federal Public Defender

DATED: 7/26/05

MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 8/22/05

EDWARD M. CHEN
United States Magistrate Judge